B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>Northern District of Illinois | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>Fresh Source Distribution Services, LLC | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.): | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>681 Strawberry Fields<br>Gurnee, Illinois  60031 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br><br> |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Lake<br><br>ZIP CODE 60031 | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7    ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>    11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>        or<br>  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor: Fresh Source Distribu[tion]

Case No. _____

### TRANSFER OF CLAIM
☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF
Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x /s/ Kevin L Mussman, Treasurer
Signature of Petitioner or Representative (State title)
Mussman's Back Acres, Inc.
Name of Petitioner      Date Signed 3/17/14

Name & Mailing Address of Individual Signing in Representative Capacity:
Kevin Mussman
9998 North 16000 East
Grant Park, IL 60940

x /s/ William S. Hackney      03/17/2014
Signature of Attorney      Date
SmithAmundsen LLC
Name of Attorney Firm (If any)
150 North Michigan Ave. Suite 3300, Chicago, Illinois
Address
(312) 894-3200
Telephone No.

---

x _____
Signature of Petitioner or Representative (State title)
Herbruck's Poultry Ranch, Inc.
Name of Petitioner      Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Dean Coopman
6425 West Grand River
Saranac, MI 48881

x /s/ William S. Hackney      03/17/2014
Signature of Attorney      Date
SmithAmundsen LLC
Name of Attorney Firm (If any)
150 North Michigan Ave., Suite 3300, Chicago, Illinois
Address
(312) 894-3200
Telephone No.

---

x _____
Signature of Petitioner or Representative (State title)
Fresh Source Foods, LLC
Name of Petitioner      Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Daniel M. Stewart
681 Strawberry Fields
Gurnee, IL 60031

x /s/ William S. Hackney      03/17/2014
Signature of Attorney      Date
SmithAmundsen LLC
Name of Attorney Firm (If any)
150 North Michigan Ave., Suite 3300, Chicago, Illinois
Address
(312) 894-3200
Telephone No.

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Mussman's Back Acres, Inc.; see above for address | Goods sold | 18,615.39 |
| Herbruck's Poultry Ranch, Inc.; see above for address | Goods sold | 11,793.60 |
| Fresh Source Foods, LLC; see above for address | Goods sold | 68,960.12 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 99,369.11 |

___0___ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor: Fresh Source Distribu[tion]

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x _____ | x /s/ William S. Hackney          03/17/2014 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                     Date |
| Mussman's Back Acres, Inc. | SmithAmundsen LLC |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| | 150 North Michigan Ave. Suite 3300, Chicago, Illinois |
| Name & Mailing Address of Individual Signing in Representative Capacity | Kevin Mussman 9998 North 16000 East Grant Park, IL 60940 | Address |
| | (312) 894-3200 |
| | Telephone No. |

| x /s/ J. H. Hogan, Controller | x /s/ William S. Hackney          03/17/2014 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                     Date |
| Herbruck's Poultry Ranch, Inc. | SmithAmundsen LLC |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| | 150 North Michigan Ave., Suite 3300, Chicago, Illinois |
| Name & Mailing Address of Individual Signing in Representative Capacity | Dean Koopman 6425 West Grand River Saranac, MI 48881 | Address |
| | (312) 894-3200 |
| | Telephone No. |

| x _____ | x /s/ William S. Hackney          03/17/2014 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                     Date |
| Fresh Source Foods, LLC | SmithAmundsen LLC |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| | 150 North Michigan Ave., Suite 3300, Chicago, Illinois |
| Name & Mailing Address of Individual Signing in Representative Capacity | Daniel M. Stewart 681 Strawberry Fields Gurnee, IL 60031 | Address |
| | (312) 894-3200 |
| | Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Mussman's Back Acres, Inc.; see above for address | Goods sold | 18,615.39 |
| Herbruck's Poultry Ranch, Inc.; see above for address | Goods sold | 11,793.60 |
| Fresh Source Foods, LLC; see above for address | Goods sold | 68,960.12 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 99,369.11 |

_____0_____ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor __Fresh Source Distribu[__

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _____<br>Signature of Petitioner or Representative (State title)<br>Mussman's Back Acres, Inc.<br>Name of Petitioner          Date Signed<br><br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity<br>Kevin Mussman<br>9998 North 16000 East<br>Grant Park, IL  60940 | x /s/ William S. Hackney          03/17/2014<br>Signature of Attorney              Date<br>SmithAmundsen LLC<br>Name of Attorney Firm (If any)<br>150 North Michigan Ave. Suite 3300, Chicago, Illinois<br>Address<br>(312) 894-3200<br>Telephone No. |
| x _____<br>Signature of Petitioner or Representative (State title)<br>Herbruck's Poultry Ranch, Inc.<br>Name of Petitioner          Date Signed<br><br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity<br>Dean Coopman<br>6425 West Grand River<br>Saranac, MI  48881 | x /s/ William S. Hackney          03/17/2014<br>Signature of Attorney              Date<br>SmithAmundsen LLC<br>Name of Attorney Firm (If any)<br>150 North Michigan Ave., Suite 3300, Chicago, Illinois<br>Address<br>(312) 894-3200<br>Telephone No. |
| x _[signature]_____<br>Signature of Petitioner or Representative (State title)<br>Fresh Source Foods, LLC<br>Name of Petitioner          Date Signed<br><br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity<br>Daniel M. Stewart<br>681 Strawberry Fields<br>Gurnee, IL  60031 | x /s/ William S. Hackney          03/17/2014<br>Signature of Attorney              Date<br>SmithAmundsen LLC<br>Name of Attorney Firm (If any)<br>150 North Michigan Ave., Suite 3300, Chicago, Illinois<br>Address<br>(312) 894-3200<br>Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Mussman's Back Acres, Inc.; see above for address | Goods sold | 18,615.39 |
| Herbruck's Poultry Ranch, Inc.; see above for address | Goods sold | 11,793.60 |
| Fresh Source Foods, LLC; see above for address | Goods sold | 68,960.12 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>99,369.11 |

0  continuation sheets attached